Michael R. Pandullo
Nevada Bar No. 10707
700 S. Third St.
Las Vegas, Nevada 89101
Telephone: (702) 580-4936
Fax: (702) 405-0826
Email: michael.pandullo@gmail.com

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

         JUL 2 4 2014

         CLERK US DISTRICT COURT
BY:        DISTRICT OF NEVADA
_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>YATNIER GONZALEZ,<br><br>　　　　　Defendant. | Case No. 2:14-cr-00239-APG-PAL<br><br>**SUBSTITUTION OF ATTORNEY** |

YATNIER GONZALEZ hereby substitutes MICHAEL R. PANDULLO, ESQ.,

Address: 700 South Third Street, Las Vegas, Nevada 89101

Telephone: 702-580-4936

as attorney of record in place and stead of WILLIAM CARRICO.

DATED: 7/18/14                           _____
                                          YATNIER GONZALEZ
                                          *Defendant*

I consent to the above substitution.

DATED: 07/24/2014                        _____
                                          WILLIAM CARRICO
                                          *Federal Public Defender*

///
///

1

I am duly admitted to practice in this District. Above substitution accepted.

DATED: 7/18/14

*signature*

MICHAEL R. PANDULLO, ESQ.
*New Attorney for Defendant*

Please check one: ✓ RETAINED, or _____ APPOINTED BY THE COURT

DATED: July 24, 2014

*signature*

UNITED STATES DISTRICT JUDGE
Magistrate