NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
Melanee.Smith@usdoj.gov
*Attorneys for the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>YATNIER GONZALEZ,<br><br>　　　　　Defendant. | Case No.: 2:14-cr-00239-APG-PAL<br><br>**Stipulation to Continue Revocation Hearing (First Request)** |

　　IT IS HEREBY STIPULATED AND AGREED by and between, Nicholas A. Trutanich, United States Attorney, District of Nevada, Melanee Smith, Assistant United States Attorney, representing the United States of America, and Shawn Perez, counsel for the defendant, that the revocation hearing currently scheduled for November 18, 2020 at 3:00 p.m., be vacated and continued to December 2, 2020 at 9:00 a.m., or to a date and time to be set by this Honorable Court.

　　This Stipulation is entered into for the following reasons:

　　1.　　Defense counsel has been unable to have a meaningful conversation with defendant due to current conditions at Nevada Southern Detention Center.

*///*

1

2. The parties are having ongoing discussions about a possible agreement to resolve the case.

3. Defendant is incarcerated and agrees to the continuance.

4. This is the first stipulation to continue filed herein.

DATED this 17th day of November, 2020.

|  | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Shawn Perez*<br>By_____<br>SHAWN PEREZ<br>Counsel for Yatnier Gonzalez | */s/ Melanee Smith*<br>By_____<br>MELANEE SMITH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>YATNIER GONZALEZ,<br><br>                Defendant. | Case No.: 2:14-cr-00239-APG-PAL<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING** |

## ORDER

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled for November 18, 2020 at 3:00 p.m. be vacated and continued to  December 2 , 2020, at  9:00 a.m.  by video in Courtroom 6C.

DATED this   17th   day of November, 2020.

_____
HONORABLE ANDREW P. GORDON
United States District Court Judge